[No. 27079-6-I.  Division One.  March 30, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. LEANDER
BRYANT, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 90-1-01732-6, William L. Downing, J., entered
September 17, 1990. *Affirmed* by unpublished opinion per

Agid, J., concurred in by Scholfield and Pekelis, JJ. Now published at 65 Wn. App. 428.